COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RYS

Return to Sender
Inmate out of jail
Insufficient address
Other: _____

AMARILLO TX 791

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

RE: WR-64,845-02

DANIEL LEE AINSWORTH

UNITED STATES POSTAGE

$ 00.416
JUN 10 2015
MAILED FROM ZIP CODE 78701

02 1R
000 2003152

PITNEY BOWES